```
                                              FILED
                                         2009 NOV 12  PM 2:06
                                         CLERK US DISTRICT COURT
                                       SOUTHERN DISTRICT OF CALIFORNIA

                                       BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>$41,487.00 IN U.S. Currency<br><br>　　　　Defendant. | Civil No.<br>'09 CV 2519 JM    CAB<br><br>ORDER TO APPOINT<br>THE UNITED STATES CUSTOMS<br>AND BORDER PROTECTION<br>AS CUSTODIAN AND TO DEPOSIT<br>DEFENDANT IN SEIZED ASSETS<br>DEPOSIT ACCOUNT AND TO<br>SUBSTITUTE THE RES |

　　　Upon a motion by plaintiff, United States of America, and it appearing that the Bureau of Customs and Border Protection ("CBP"), United States Department of Homeland Security has consented to assume responsibility for the custody and maintenance of the defendant vehicle during the time it remains in the custody of this Court under its process herein,

　　　IT IS HEREBY ORDERED that upon the arrest of the defendant, CBP shall be custodian of the defendant on behalf of this Court until further order.

//

//

//

2009v00479

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that CBP shall deposit the Defendant Currency in the Seized Assets Deposit Account which shall be substituted as the res in this action. |

DATED: 11/10/09

_____
UNITED STATES DISTRICT JUDGE