# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

        V.

$41,487.00 IN UNITED STATES CURRENCY

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:  09cv2519-JM(CAB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the court hereby grants Plaintiff's motion for default judgment. The Clerk of the Court is directed to enter judgment in favor of Plaintiff.............................................................................................
..................................................................................................................................................

| May 7, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON May 7, 2010 |